IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

    Petitioner,               No. CIV S-10-1444 GGH P

    vs.

MIKE McDONALD, Warden,

    Respondent.          ORDER
_____/

        Petitioner is a state prisoner proceeding on petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 20, 2010, petitioner filed a motion in this action seeking relief from a judgment and sentence entered against petitioner in the Sacramento County Superior Court in May 2008. As it appears to challenge the same proceedings as the instant action, petitioner's motion adds nothing to his prior filings. If petitioner intends to challenge a different judgment, he must do so in a separate action. See Fed. Rules Governing Section 2254 Cases, Rule 2(e).

////
/////
/////
/////

1

1  Accordingly, it is HEREBY ORDERED that petitioner's motion for relief from
2  judgment (Doc. #28) is DENIED.
3  DATED: January 31, 2011                /s/ Gregory G. Hollows
4                                         UNITED STATES MAGISTRATE JUDGE
5  GGH:0014
   rhod1444.ord3