IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

        Petitioner,               No. CIV S-10-1444 GGH P

   vs.

MIKE McDONALD, Warden,

        Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's May 24, 2011 dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        For the reasons set forth in this court's order of May 24, 2011, petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of

1

1   appealability should not issue in this action.

2           IT IS SO ORDERED.

3   DATED: July 13, 2011

4                                    /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE
5
    GGH:0014
6   rhod1444.830.den

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26